# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Latasha Chanta Tennial

Debtor(s).

Case No.   18−28470   jdl
Chapter   13

Adv. Proc. No.

## NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
## RE FORM, MANNER AND SERVING OF NOTICE

16 − Motion for Relief from Stay in RE: 4573 Fawn Hollow Cove, Memphis, TN 38141 with Certificate of Service Filing Fee Due $181 Filed by Shilpini Burris on behalf of Travis Menk Bank of America, N.A., as serviced by Jack O'Boyle & Associates (Attachments: # 1 Exhibit A) (Burris, Shilpini) on December 20, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **January 17, 2019 at  09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).

Kathleen A Ford
**CLERK OF COURT**

BY:  Barta Johnson
_____

Date:   December 21, 2018

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:  
Latasha Chanta Tennial  
     Debtor

Case No. 18-28470-jdl  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0651-2    User: barta    Page 1 of 1    Date Rcvd: Dec 21, 2018  
                     Form ID: ntchrgc2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db          +Latasha Chanta Tennial,   4573 Fawn Hollow,   Memphis, TN 38141-7707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:  
        Jimmy E. McElroy    on behalf of Debtor Latasha Chanta Tennial jimmy_3780@hotmail.com  
        Shilpini Burris    on behalf of Creditor Travis Menk  Bank of America, N.A., as serviced by Jack O'Boyle & Associates shilpini.burris@brockandscott.com, wbecf@brockandscott.com;tnbkr@brockandscott.com  
        Sylvia F. Brown    ecf@ch13sfb.com  
        Travis Menk    on behalf of Creditor Travis Menk  Bank of America, N.A., as serviced by Jack O'Boyle & Associates travis.menk@brockandscott.com,  tnbkr@brockandscott.com, wbecf@brockandscott.com  
        Travis Menk    Bank of America, N.A., as serviced by Jack O'Boyle & Associates tnbkr@brockandscott.com  
        U.S. Trustee    ustpregion08.me.ecf@usdoj.gov  
                                                                    TOTAL: 6